

DANIEL ORTIZ LOPEZ
(Name)
California Men's Colony East (Cell 6279)
Post Office Box 8101
(Address)

San Luis Obispo, CA.  93409-8101
(City, State, Zip)

T-26501
(CDC Inmate No.)

FILED

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

2254 ____ 1983 ✓
FILING FEE PAID
Yes ____ No ____
IFP MOTION FILED
Yes ✓ No ____
COPIES SENT TO
Court ✓ Prose ____

# United States District Court
## Southern District of California

(Enter full name of plaintiff in this action.)
DANIEL ORTIZ LOPEZ                          )
                              Plaintiff,     )
                                             )
v.                                           )
PACIFIC SHIP REPAIR & FABRICATION, INC.      )
                                             )
                                      ,      )
                                      ,      )
                                      ,      )
_____ ,            )
(Enter full name of each defendant in this action.)  )
                            Defendant(s).     )
                                             )
_____      )

'08 CV 1068 JLS PCL

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Daniel Ortiz Lopez
                                                                    (print Plaintiff's name)
, who presently resides at California Men's Colony East
                                                        (mailing address or place of confinement)
P.O. Box 8101, San Luis Obispo, CA. 93409-8101 , were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at  1625 Rigel St.

San Diego, California 92113  on (dates) Feb.02-01                     , and
     (institution/place where violation occurred)           (Count 1)        (Count 2)        (Count 3)
2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

CR

Defendant PACIFIC SHIP REPAIR & FABRICATION,INC.(A Corporation) resides in San Diego
(name)                                                                    (County of residence)
and is employed as a Corporation                                    . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant had a responsibility to protect, oversee, and care for the well-being of plaintiff and failed to take reasonable care which led to plaintiff being deprived of his liberty and freedom.

Defendant N/A resides in
(name)                                                              (County of residence)
and is employed as a                                         . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant N/A resides in
(name)                                                              (County of residence)
and is employed as a                                         . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

Defendant N/A resides in
(name)                                                              (County of residence)
and is employed as a                                         . This defendant is sued in
                        (defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting
under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Plaintiff's Constitutional Right
(E.g., right to medical care, access to courts,
to not be Deprived of his Liberty (Freedom) under Fourteenth Amendment.
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

On February 02, 2001, plaintiff Daniel Ortiz Lopez was employed at the Pacific Ship Repair & Fabrication,Inc., as a welder. Plaintiff punched in at work at approximately 5:30 am Plaintiff began to perform his welding duties.

At approximately 9:30 am,Hugo Farias, a co-worker at Pacific Ship Repair & Fabrication Inc.,approached the plaintiff. Farias told the plaintiff that he was tired and that he had a small bottle Jose Cuervo Tequila tucked away and asked plaintiff if he wanted to have a drink with him.

Plaintiff purchased three Squirt sodas, giving one to Farias, one to co-worker Armando Corrales and keeping one for himself. They each poured tequila into the soda cans. Each one began to drink the tequila and soda. This continued until the tequila was gone. After they had consumed the alcohol, each agreed that they could use another round. During this discussion, plaintiff's supervisor, Auturo Solis was present and personally observed the employees drinking.

Farias left the place of employment and proceeded to a local liquor store where he purchased more alcohol. Plaintiff and farias continued to consume the additional alcohol.

At approximately 2:30 pm, plaintiff approached the time clock to punch off from work. Around the time clock were several employees including supervisor, Auturo Solis, who testified that he noticed a strong smell of alcohol coming from the plaintiff's breath. Supervisor Solis, failed to admonish the plaintiff or inquire as to the plaintiff's consumption of alcohol during work hours. Supervisor Solis was aware that the plaintiff's demeanor was unstable and that his behavior was compromised based on the alcohol that he, the plaintiff had consumed.

As a supervisor, Solis had an obligation to inquire into the stability of the plaintiff prior to allowing the plaintiff to exit the work place with the acknowledgement that he was clearly under the influence of alcohol.

The plaintiff entered his vehicle and started to drive from the work place. Based on the testimony of numerous individuals, the plaintiff was

**Con't on attached pages**

driving erratically and exceeding the speed limit within the company work place. Supervisor Solis failed to contact the appropriate personnel and report the behavior of the plaintiff or attempt to stop the plaintiff from entering his vehicle. Supervisor Solis was a long time employee at the company and was fully aware that drinking on the job was not only a safety violation, but a reason for immediate termination as well. As supervisor, he was embedded with the responsibility to provide adequate care and pre caution to his subordinates as well as the safety to the company.

Plaintiff exited the workplace. while driving his vehicle, under the influence of alcohol, plaintiff drove through a couple of 'red lights' . Because of plaintiff's intoxicated mentality, he collided with another vehicle. This collision caused damage to the other vehicle. Plaintiff left the accident scene still driving his vehicle somewhat erratically.

Plaintiff approached the intersection of Oceanview and Sampson Street in San Diego. Margarita Zuniga was crossing Oceanview at the intersection with her daughter, son, and a neighbor's two-year old child. Ms. Zuniga was pushing the two year old in a stroller. As she reached the other side of the street with the stroller,her son, Verduzco was slightly behind her. Due to the plaintiff's drunken state of intoxication, he failed to stop at the intersection and hit Verduzco as he was about to step on the curb. Verduzco subsequently died from injuries suffered from the accident.

After the plaintiff hit Verduzco, he subsequently hit a tree. He was transported to the hospital. His blood alcohol level was exceedingly higher than that of an average reading. The plaintiff was arrested, convicted, and sentenced to State prison for violating numerous laws including the murder of Andres Verduzco.

The defendant in this matter, who is the incorporation where the plaintiff was employed during the drinking spree was legally obligated by duty to exhibit some restraint against the plaintiff, through its supervisor, Solis once it was discovered that the plaintiff was too intoxicated to drive from the work place. Supervisor Solis willfully allowed the plaintiff to exit the establishment with full acknowledgement that he was under the influence.The defendant violated their duty under the Skill management of the plaintiff by failing to intervene in a matter which consequently caused the death of an innocent child.

**Continued on Attached page**

The actions of the defendant does not differ from those of a proprietor of a bar who allows a customer to leave his establishment in a drunken stupor or that of a resident who allows a individual to leave their residence under the influence knowing that their ability to drive is totally compromised by the amount of alcohol he has consumed.

Drinking at the Pacific Ship Repair & Fabrication Inc was against company policy and by the company's failure to interced and stop the plaintiff from driving his car, with the acknowledgement that he was intoxicated, can only be deemed as liable for the damages and injury caused to the parties.

The defendant should have anticipated that the plaintiff's ability to drive his vehicle in a lawful manner, while he was intoxicated, was not something a reasonable individual could have done.

The petitioner was sentenced to state prison for violating the laws of the State of california. He has been deprived of his liberties, including his freedom. The actions, or failure to act, on the part of the defendant in this matter is contributory to the deprivation of his liberty rights and therefore should be held liable for its failure to act on the foreseeable matter.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

<u>Count 2</u>:  The following civil right has been violated:  _____  N/A  _____

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:  [Include all facts you consider important to Count 2.  State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

<u>Count 3</u>:  The following civil right has been violated:   N/A

(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 3. State what happened clearly and in your own words.  You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

## D.  Previous Lawsuits and Administrative Relief

1.  Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised:

_____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

N/A

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):




2. Damages in the sum of $ 1,500,000

3. Punitive damages in the sum of $ 500,000

4. Other: As the Court deems fit.



**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☒ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐   Plaintiff consents to magistrate judge jurisdiction as set forth above.     **OR**     ☒   Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

06-09-08
_____
Date

_____
Signature of Plaintiff

JS44 ·
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Daniel Ortiz Lopez**　　　　　　　　　　Pacific Ship Repair

FILING FEE PAID
IFP MOTION FILED
COPIES SENT TO

**FILED**

**JUN 16 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　　　　　　DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED**　San Luis Obispo　　COUNTY OF FIRST LISTED DEFENDANT
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)　　　　　　　(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE...

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Daniel Ortiz Lopez
PO Box 8101
San Luis Obispo, CA 93409
T-26501

**ATTORNEYS (IF KNOWN)**

**'08　CV　1068　JLS　PCL**

| **II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)** | **III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT** |
|---|---|

(For Diversity Cases Only)

| | | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III | Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| | | Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding　☐ 2 Removal from State Court　☐ 3 Remanded from Appellate Court　☐ 4 Reinstated or Reopened　☐ 5 Transferred from another district (specify)　☐ 6 Multidistrict Litigation　☐ 7 Appeal to District Judge from Magistrate Judgment

| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY (See Instructions):**　　JUDGE　　　　　　　Docket Number

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| | R Miller |