# UNITED STATES DISTRICT COURT

### Southern District of California

Daniel Ortiz Lopez

                               Plaintiff,

v.                                                  Case No.: 3:08−cv−01068−JLS−PCL

                                                                    Judge  Janis L. Sammartino

Pacific Ship Repair and Fabrication Inc.

                               Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That Plaintiff's Complaint is Dismissed for failing to state a claim and without further leave to amend.

                                                                                          W. Samuel Hamrick, Jr.,
                                                                                                  Clerk of the Court

Date: 8/6/08

                                                                            By: s/ M. Zvers, Deputy Clerk

                                                                             ENTERED ON: August 6, 2008